No. 1109. SLADE, GUARDIAN *v.* LOUISIANA POWER & LIGHT Co. C. A. 5th Cir. Certiorari denied. *Raymond H. Kierr* for petitioner. *Andrew P. Carter* for respondent.

No. 1129. STOFFEL, ADMINISTRATOR, ET AL. *v.* SLATER ET AL. App. Ct. Ind. Certiorari denied. *Thomas W. Yoder* for petitioners. *Phil M. McNagny, Jr.,* for respondents.

No. 1134. SCHULTZ *v.* LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 8th Cir. Certiorari denied. *Chester A. Bruvold* and *John S. Connolly* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Morton Hollander,* and *Robert E. Kopp* for respondents.

No. 1140. KING RADIO CORP., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *O. B. Eidson* and *Kenneth C. McGuiness* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Paul J. Spielberg* for respondent.

No. 1153. CASHIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Sam J. D'Amico* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.

No. 1157. COX, PENITENTIARY SUPERINTENDENT *v.* NELSON. C. A. 4th Cir. Certiorari denied. *Andrew P. Miller,* Attorney General of Virginia, and *Reno S. Harp III, W. Luke Witt,* and *Gerald L. Baliles,* Assistant Attorneys General, for petitioner.